IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| MATTHEW R. TIDMORE, | |
|---|---|
| Plaintiff, | Case No: _____ |
| v. | |
| TD AUTO FINANCE LLC, | |
| Defendant. | |

## DEFENDANT TD AUTO FINANCE LLC'S RULE 7.1(a) DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TD Auto Finance LLC hereby files its Disclosure Statement in support thereof would respectfully show the Court as follows:

1. Parent Companies: TD Auto Finance LLC is wholly owned as an indirect subsidiary by its parent The Toronto-Dominion Bank, a publicly traded entity on the New York Stock Exchange under the symbol TD.

2. The Toronto-Dominion Bank owns 10 percent or more of the stock in TD Auto Finance LLC.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, LLC

/S/ Bryan E. Mouber
**BRYAN E. MOUBER #49388**
**DAVID M. EISENBERG #54767**
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
mouber@bscr-law.com

COUNSEL FOR TD AUTO FINANCE LLC

CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July 2014, a true and correct copy of the above and foregoing document has been forwarded to the following parties via US Mail:

Joshua Wilson
209 S Washington
Raymore, MO 64083
**Counsel for Plaintiff**

/s/ Bryan E. Mouber
Bryan E. Mouber